FILED by _____ D.C.

ELECTRONIC

**DEC. 08, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# 09-21017-CR-JORDAN/MCALILEY
### CASE NO. _____

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

**JOAQUIN REIGOSA,**
**CESAR E. GONZALEZ,**
**ANGEL E. ALVAREZ, and**
**DAYANA MORENO,**

                    **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning on or about November 12, 2009, and continuing through on or about November 21, 2009, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOAQUIN REIGOSA,**
**CESAR E. GONZALEZ,**
**ANGEL E. ALVAREZ,**
**and**
**DAYANA MORENO,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with others unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

On or about November 20, 2009, in a vehicle, in Miami-Dade County, in the Southern District of Florida, the defendant,

### CESAR E. GONZALEZ,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 3

On or about November 20, 2009, in a residence, in Miami-Dade County, in the Southern District of Florida, the defendant,

### CESAR E. GONZALEZ,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 4

On or about November 20, 2009, in Miami-Dade County, in the Southern District of Florida, the defendants,

**CESAR E. GONZALEZ,**
**ANGEL E. ALVAREZ,**
**and**
**DAYANA MORENO,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE

1.     The allegations of Counts 1 through 4 of this indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property, in which one or more of the defendants has an interest, pursuant to the provisions of Title 21, United States Code, Section 853.

2.     Upon conviction of any of the violations alleged in Counts 1 through 4 of this indictment, the defendants shall forfeit to the United States any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violation, and any property which the defendants used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation including but not limited to the following:

      (a)    $250,100 in United States Currency seized on or about November 27, 2009 from safety-deposit box number 400029 located at Mercantil Commerce Bank, 11701 W. Okeechobee Road in Hialeah, Florida.

      (b)    Assorted jewelry seized on or about November 27, 2009 from safety deposit box number 400029 located at Mercantil Commerce Bank, 11701 W. Okeechobee Road in Hialeah, Florida.

      (c)    $275,100 in United States Currency seized on or about November 27, 2009 from safety-deposit box number 1648 located at Bank Atlantic, 11400 N. Kendall Drive in Miami, Florida.

      (d)    Assorted jewelry seized on or about November 27, 2009 from safety-deposit box number 1648 located at Bank Atlantic, 11400 N. Kendall Drive in Miami, Florida.

4.    If the property described above as being subject to forfeiture, as a result of any act or omission of the defendants,

      (a)    cannot be located upon the exercise of due diligence;

      (b)    has been transferred or sold to, or deposited with a third person;

      (c)    has been placed beyond the jurisdiction of the Court;

      (d)    has been substantially diminished in value; or

      (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendants up to the value of the above forfeitable

[4]

property and, in addition, to require the defendants to return any such property to the jurisdiction of the court for seizure and forfeiture.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

GRAND JURY FOREPERSON

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

ARMANDO ROSQUETE
ASSISTANT UNITED STATES ATTORNEY

[5]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JOAQUIN REIGOSA,
CESAR E. GONZALEZ
ANGEL E. ALVAREZ, and
DAYANA MORENO,

                    Defendants.
_____/

CASE NO. _____

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

Court Division: (Select One)

New Defendant(s)        Yes _____   No _____
Number of New Defendants _____
Total number of counts _____

X   Miami _____   Key West _____
    FTL _____     WPB _____     FTP _____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:   (Yes or No)      Yes
     List language and/or dialect _____ Spanish _____

4.   This case will take      5      days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                                    (Check only one)

| I   | 0 to 5 days      | X | Petty   |   |
|-----|------------------|---|---------|---|
| II  | 6 to 10 days     |   | Minor   |   |
| III | 11 to 20 days    |   | Misdem. |   |
| IV  | 21 to 60 days    |   | Felony  | X |
| V   | 61 days and over |   |         |   |

6.   Has this case been previously filed in this District Court? (Yes or No)   No
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?      (Yes or No)   No
If yes:
Magistrate Case No.                              09-mj-03621
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of   November 20, 2009 & November 21, 2009 (Reigosa)
Defendant(s) in state custody as of _____
Rule 20 from the _____        District of _____

Is this a potential death penalty case? (Yes or No)      No

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to  October 14, 2003? _____ Yes    X    No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes    X    No

_____
ARMANDO ROSQUETE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0648434

*Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  JOAQUIN REIGOSA

Count 1:

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** CESAR F. GONZALEZ

Count 1:

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count 2:

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

Count 3:

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

Count 4:

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ANGEL E. ALVAREZ

Count 1:

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count 4:

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  DAYANA MORENO

Count 1:

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count 4:

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**