UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-21017-CR-JORDAN/MCALILEY

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOAQUIN REIGOSA, et al.

       Defendants.

_____ /

## BILL OF PARTICULARS

Plaintiff United States of America hereby files the following Bill of Particulars pursuant to Fed. R. Crim. P. 7(f).

In the Forfeiture Allegation of the Indictment (DE # 27) filed in this case, the United States seeks forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, *inter alia*, of any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly as the result of the alleged violations of 21 U.S.C. §§ 841(a)(1) and 846, as enumerated in the Indictment.

The United States hereby gives notice that, upon conviction of defendant **JOAQUIN REIGOSA** of any of the violations alleged in the Indictment, in addition to the assets enumerated in the Indictment, the United States will also seek the forfeiture, pursuant to 21 U.S.C. § 853, of the following property in which the above-noted defendant has an interest:

    a)    **Approximately $6,935.55 of Funds in Account No. 1105574083, at Bank Atlantic, titled in the name of Joaquin Adolfo Reigosa;**

    b)    Approximately $56,009.02 of funds in Account No. 0063759748, at Bank Atlantic, titled in the name of Joaquin Adolfo Reigosa; and

    c)    Approximately $100,241.48 of funds in Account No. 1106516754, at Bank Atlantic, titled in the name of Joaquin Adolfo Reigosa.

Respectfully submitted,

JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

By:    /s   *Armando Rosquete*
ARMANDO ROSQUETE
Assistant United States Attorney
Florida Bar No.  0648434
99 N.E. 4th Street
Miami, FL 33132
Telephone: (305) 961-9377
Fax: (305) 536-7213
E-mail: armando.rosquete@usdoj.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of January 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Armando Rosquete
Armando Rosquete
Assistant United States Attorney